UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW BLAKE SMITH,<br><br>        Defendant. | Case No.: ED19-543M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)     The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)     information in the Pretrial Services Report and Recommendation

    (X)     information in the violation petition and report(s)

    ( )     the defendant's nonobjection to detention at this time

    (X)     other: Non-compliance with supervision

1

1 | No available sureties
2 | and/ or
3 | B. (X) The defendant has not met his/her burden of establishing by clear and
4 | convincing evidence that he/she is not likely to pose a danger to the
5 | safety of any other person or the community if released under 18
6 | U.S.C. § 3142(b) or (c). This finding is based on the following:
7 | (X) information in the Pretrial Services Report and Recommendation
8 | (X) information in the violation petition and report(s)
9 | ( ) the defendant's nonobjection to detention at this time
10 | (X) other: Non-compliance with supervision
11 | Admitted daily drug use

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 8, 2019

_____
KENLY KIYA KATO
United States Magistrate Judge